**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

MAC International FZE     v.     John McHugh, Secretary of the Army

No. 2013-1560

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:     MAC International FZE
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner     [ ] Respondent     [ ] Amicus curiae     [ ] Cross Appellant
[✓] Appellant     [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

|   |   |
|---|---|
| Name: | Sara Beiro Farabow |
| Law firm: | Seyfarth Shaw LLP |
| Address: | 975 F Street, N.W. |
| City, State and ZIP: | Washington, DC 20004 |
| Telephone: | (202) 828-3591 |
| Fax #: | (202) 828-5393 |
| E-mail address: | sfarabow@seyfarth.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 1, 2011

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 8/23/13 | /s/ Sara Beiro Farabow |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Aug 26, 2013  by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| | |
|---|---|
| Sara Beiro Farabow | /s/ Sara Beiro Farabow |
| Name of Counsel | Signature of Counsel |

Law Firm: Seyfarth Shaw LLP
Address: 975 F Street, N.W.
City, State, ZIP: Washington, DC 20004
Telephone Number: (202) 828-3591
FAX Number: (202) 828-5393
E-mail Address: sfarabow@seyfarth.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.